1  MATTHEW L. LARRABEE (No. 97147)
   DECHERT LLP
2  One Maritime Plaza, Suite 2300
   San Francisco, California  94111-3513
3  Telephone:  415.262.4500
   Facsimile:   415.262.4555
4
   STEVEN B.WEISBURD (No. 171490)
5  steven.weisburd@dechert.com
   DECHERT LLP
6  300 West 6th Street
   Suite 2010
7  Austin, TX 78701
   Telephone: 512.394.3000
8  Facsimile: 512.394.3001

9  Attorneys for Defendants,
   GOOGLE INC.
10
   WAYNE S. KREGER (No. 154759)
11 SARA D. AVILA (No. 263213)
   MILSTEIN, ADELMAN & KREGER, LLP
12 2800 Donald Douglas Loop North
   Santa Monica, CA 90405
13 Telephone: (310) 396-9600
   Facsimile: (310) 396-9635
14 E-Mail: wkreger@maklawyers.com;
   savila@maklawyers.com
15
   Attorneys for Plaintiff, Mary McKinney
16 [Additional Counsel on Signature Page]

IT IS SO ORDERED

Judge James Ware

12/20/2010

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                     SAN JOSE DIVISION

20 NATHAN NABORS, et al.,                 Case No. C 10-03897 JW

21             Plaintiff,                 Action filed: April 15, 2010

22 v.                                     **STIPULATION TO EXTEND THE
                                          DEADLINE FOR DEFENDANT GOOGLE
23 GOOGLE INC., a Delaware corporation,   TO RESPOND TO COMPLAINT**
   HTC CORP., a Taiwanese corporation, and
24 T-MOBILE USA, INC., a Delaware
   corporation,
25
              Defendants.
26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION                                          Case No. C 10-3897 JW

1    WHEREAS, defendant Google Inc. must respond to the Complaint filed by Nathan

2 Nabors ("Nabors") on December 29, 2010;

3    WHEREAS Nabors has agreed to extend the Google's deadline for responding to the

4 Complaint until January 31, 2011, and,

5    WHEREAS, this extension will not alter the date of any event or deadline already fixed by

6 Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

7    NOW THEREFORE, plaintiffs and defendants through their counsel of record stipulate to

8 the following:

9    IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for Google

10 to answer, move or otherwise respond to the Complaint in Nabors shall be and is hereby extended

11 to January 31, 2011.

12

13 DATED: December 17, 2010          DECHERT LLP

14

15                                  By:    /s/ Matthew L. Larrabee
                                           MATTHEW L. LARRABEE

16
                                           Attorneys for Defendant
17                                         GOOGLE INC.

18

19 DATED: December 17, 2010          MILSTEIN, ADELMAN & KREGER, LLP

20

21                                  By:    /s/ Sara Avila
                                           SARA AVILA

22
                                           Attorneys for Plaintiff
23                                         MARY MCKINNEY

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                              1
STIPULATION                                                    Case No. C 10-3897 JW

1  Additional Counsel:

2  JOE R. WHATLEY, JR.                          HOWARD RUBINSTEIN
3  (Pro Hac Vice Pending)                       LAW OFFICE OF HOWARD RUBINSTEIN
   EDITH M. KALLAS                              914 Waters Avenue, Suite 20
4  (Pro Hac Vice Pending)                       Aspen, CO 81611
   PATRICK J. SHEEHAN                           Telephone: (832) 715-2788
5  (Pro Hac Vice Pending)
   WHATLEY DRAKE & KALLAS, LLC                  Attorneys for Plaintiff Mary McKinney
6  1540 Broadway, 37th Floor
   New York, NY 10036
7  Telephone: (212) 447-7070
   Facsimile: (212) 447-7077
8  E-Mail: jwhatley@wdklaw.com;
9  ekallas@wdklaw.com; psheehan@wdklaw.com

10 Attorneys for Plaintiff Mary McKinney

11 BRIAN W. SMITH
   SMITH & VANTURE, LLP
12 1615 Forum Place, Suite 4C
   West Palm Beach, FL 33401
13 Telephone: (800) 443-4529

14
   Attorneys for Plaintiff Mary McKinney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION                                                  Case No. C 10-3897 JW

1

**<u>CERTIFICATION</u>**

2

   I, Matthew L. Larrabee, am the ECF User whose identification and password are being

3

used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO

4

RESPOND TO THE COMPLAINT AND SECOND AMENDED COMPLAINT.  In compliance

5

with General Order 45.X.B., I hereby attest that Sara Avila concurred in this filing.

6

7

8

13970820.4

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION                                                                                   Case No. C 10-3897 JW