| | |
|---|---|
| MATTHEW L. LARRABEE (No. 97147) | SARA D. AVILA (No. 263213) |
| matthew.larrabee@dechert.com | MILSTEIN, ADELMAN & KERGER, LLP |
| DECHERT LLP | 2800 Donald Douglas Loop North |
| One Maritime Plaza, Suite 2300 | Santa Monica, CA 90405 |
| San Francisco, California 94111-3513 | Telephone: (310) 396-9600 |
| Telephone: 415.262.4500 | Facsimile: (310) 396-9635 |
| Facsimile: 415.262.4555 | E-Mail: savila@maklawyers.com |
| STEVEN B. WEISBURD (No. 171490) | ADAM P. PLANT |
| steven.weisburd@dechert.com | WHATLEY DRAKE & KALLAS, LLC |
| DECHERT LLP | 2001 Park Place North, Suite 1000 |
| 300 West 6th Street, Suite 2010 | Birmingham, Alabama 35203 |
| Austin, Texas 78701 | Telephone: (205) 328-9576 |
| Telephone: 512.394.3000 | Facsimile: (205) 328-9669 |
| Facsimile: 512.394.3001 | E-Mail: aplant@wdklaw.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| GOOGLE INC. | Nathan Nabors |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*IT IS SO ORDERED*
*Judge James Ware*
2/10/2011

| | |
|---|---|
| NATHAN NABORS, Individually and on behalf of All others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware Corporation, <br><br> Defendant. | Case No. 5:10-CV-03897-JW <br><br> **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1  WHEREAS, Defendant Google Inc. ("Google") must respond to the First Amended Complaint filed by Plaintiff Nathan Nabors ("Nabors") by January 31, 2011;

2  WHEREAS, Nabors has agreed to extend Google's deadline for responding to the First Amended Complaint until February 22, 2011; and

3  WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

4  NOW THEREFORE, Nabors and Google through their counsel of record stipulate to the following:

5  IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for Google to answer, move or otherwise respond to the First Amended Complaint in this action shall be and is hereby extended to February 22, 2011.

| | | |
|---|---|---|
| 1 | DATED: January 31, 2011 | MILSTEIN ADELMAN, LLP |
| 2 | | |
| 3 | | By:  */s/ Sara Avila* |
| 4 | |         SARA AVILA |
| 5 | | Attorneys for Plaintiff<br>NATHAN NABORS |
| 6 | DATED: January 31, 2011 | WHATLEY DRAKE & KALLAS, LLC |
| 7 | | |
| 8 | | By:  */s/ Adam Plant* |
| 9 | |         ADAM PLANT |
| 10 | | Attorneys for Plaintiff<br>NATHAN NABORS |
| 11 | | |
| 12 | DATED: January 31, 2011 | DECHERT LLP |
| 13 | | |
| 14 | | By:  */s/ Matthew L. Larrabee*<br>        MATTHEW LARRABEE |
| 15 | | Attorneys for Plaintiff<br>GOOGLE INC. |

**CERTIFICATION**

I, Matthew Larrabee, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Sara Avila and Adam Plant concurred in this filing.