MATTHEW L. LARRABEE (No. 97147)
matthew.larrabee@dechert.com
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

STEVEN B. WEISBURD (No. 171490)
steven.weisburd@dechert.com
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Telephone: 512.394.3000
Facsimile: 512.394.3001

Attorneys for Defendant
GOOGLE INC.

SARA D. AVILA (No. 263213)
MILSTEIN, ADELMAN & KERGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
E-Mail: savila@maklawyers.com

ADAM P. PLANT
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 328-9576
Facsimile: (205) 328-9669
E-Mail: aplant@wdklaw.com

Attorneys for Plaintiffs
Nathan Nabors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NABORS, Individually and on behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:10-CV-03897-JW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to Civil Local Rule 6-2, the parties request an order changing the time in which defendant Google Inc. ("Google") must file a reply in support of its motion to dismiss the First Amended Complaint filed by Nathan Nabors ("Nabors"):

WHEREAS, Google currently must file its reply on April 11, 2011;

WHEREAS, Nabors has agreed, subject to this Court's approval, to extend Google's deadline for filing its reply until April 18, 2011; and

WHEREAS, this extension will alter a time frame set by the local rules of this Court and therefore requires a Court order for such an extension;

NOW THEREFORE, Nabors and Google through their counsel of record, and subject to this Court's approval, stipulate to the following:

Google's deadline for filing a reply in support of its motion to dismiss Nabors' First Amended Complaint should be extended from April 11, 2011 until April 18, 2011. Although the parties are not requesting that the current April 25, 2011 hearing date be continued, should the Court choose to continue the hearing *sua sponte*, the schedule of the case will be extended until such time as the Court may hear the motion to dismiss.

DATED: April 5, 2011                           MILSTEIN ADELMAN, LLP


                                               By:        */s/ Sara Avila*
                                                          SARA AVILA

                                               Attorneys for Plaintiff
                                               NATHAN NABORS

DATED: April 5, 2011                           WHATLEY DRAKE & KALLAS, LLC


                                               By:        */s/ Adam Plant*
                                                          ADAM PLANT

                                               Attorneys for Plaintiff
                                               NATHAN NABORS

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
STIPULATION
CASE NO. 5:10-CV-03897-JW

| | | |
|---|---|---|
| 1 | DATED: April 5, 2011 | DECHERT LLP |
| 2 | | |
| 3 | | By: _/s/ Matthew L. Larrabee_ |
| 4 | | MATTHEW LARRABEE |
| 5 | | Attorneys for Defendant<br>GOOGLE INC. |

7   [~~PROPOSED~~] ORDER PURSUANT TO STIPULATION, IT IS SO ORDERED.

8   Dated: April 6, 2011

  _/s/ James Ware_
9   HON. JAMES WARE, U.S. DISTRICT COURT

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **CERTIFICATION**

I, Matthew Larrabee, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Sara Avila and Adam Plant concurred in this filing.