**MILSTEIN | ADELMAN, LLP**
SARA D. AVILA, State Bar No. 263213
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice* pending, NY Bar No.4406088)
jwhatley@wdklaw.com
Edith M. Kallas (*pro hac vice* pending, NY Bar No. 2200434)
ekallas@wdklaw.com
Patrick J. Sheehan (*pro hac vice* pending, NY Bar No. 3016060)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiff
Additional Counsel Listed on Signature Page

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NABORS, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation;<br><br>*Defendants* | 5:10-cv-03897-JW (Hon. James Ware)<br><br>**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**<br><br>Current Hearing Date:   April 25, 2011<br>Proposed Hearing Date:   May 2, 2011 |

Pursuant to Civil Local Rule 7-7(b), the parties stipulate to a continuance of the hearing date on Defendant Google Inc. ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint.

WHEREAS, the hearing is currently set for April 25, 2011;

WHEREAS, an opposition has been filed to Defendants' Motion to Dismiss;

WHEREAS, the parties affected by the motion have not previously stipulated to continue the hearing date;

WHEREAS, Plaintiff requested a continuance of the hearing date because, unless the hearing is rescheduled, they must travel by airplane to San Jose on Easter Sunday to attend the hearing scheduled for Monday, April 24, 2011 at 9:00am;

WHEREAS, Defendants have agreed, subject to this Court's approval, to continue the hearing date to May 2, 2011 at 9:00am, or any date on or after June 6, 2011 at 9:00am, that is convenient for the Court. Counsel is unavailable May 9, 2011 through May 30.

WHEREAS, this extension will alter a time frame set by the local rules of this Court and therefore requires a Court order for such an extension;

NOW THEREFORE, Plaintiff and Defendants, through their counsel of record, and subject to this Court's approval, stipulate to the following: The April 25, 2011 hearing on Defendant's Motion to Dismiss shall be continued to May 2, 2011 at 9:00 am, or any date on or after June 6, 2011, that is convenient to the Court.

2

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-JW

| | | |
|---|---|---|
| 1 | DATED: April 15, 2011 | MILSTEIN ADELMAN, LLP |
| 2 | | |
| 3 | | By: ___/s/ Sara Avila_____ |
| | | SARA AVILA |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 6 | DATED: April 15, 2011 | WHATLEY DRAKE & KALLAS, LLC |
| 7 | | |
| 8 | | By: ___/s/ Adam Plant_____ |
| 9 | | ADAM PLANT |
| 10 | | Attorneys for Plaintiff<br>MARY MCKINNEY |
| 11 | | |
| 12 | DATED: April 15, 2011 | DECHERT LLP |
| 13 | | |
| 14 | | By: ___/s/ Matthew L. Larrabee_____ |
| 15 | | MATTHEW LARRABEE |
| 16 | | Attorneys for Defendant<br>GOOGLE INC. |

3

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-JW

ORDER

PURSUANT TO STIPULATION, the hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is continued to ___May 2, 2011 at 9:00 AM___.

**IT IS SO ORDERED**.

Date: April 21, 2011

HON. JAMES WARE, U.S. DISTRICT COURT

### CERTIFICATION

I, Sara D. Avila, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that France Jaffe and Rosemarie Ring concurred in this filing.

DATED: April 13, 2011              Attorney for Plaintiff Mary McKinney and the Proposed Class

By:  /s/ Sara D. Avila
MILSTEIN ADELMAN, LLP
Gillian L. Wade
Sara D. Avila

WHATLEY DRAKE & KALLAS, LLC
Joe R. Whatley, Jr.
Edith M. Kallas
Patrick J. Sheehan

LAW OFFICE OF HOWARD RUBINSTEIN
Howard Rubinstein
howardr@pdq.net
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
Tel: (832) 715-2788

SMITH & VANTURE, LLP
Brian W. Smith
bws@smithvanture.com

4

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-JW

1615 Forum Place, Suite 4C
West Palm Beach, Florida 33401
Tel: (800) 443-4529
Fax: (561) 688-0630

5

**PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-JW