**MILSTEIN | ADELMAN, LLP**
GILLIAN L. WADE, State Bar No. 229124
gwade@milsteinadelman.com
SARA D. AVILA, State Bar No. 263213
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California  90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice* pending, NY Bar No.4406088)
jwhatley@wdklaw.com
Edith M. Kallas (*pro hac vice* pending, NY Bar No. 2200434)
ekallas@wdklaw.com
Patrick J. Sheehan (*pro hac vice* pending, NY Bar No. 3016060)
psheehan@wdklaw.com
1540 Broadway, 37th Floor
New York, New York 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Attorneys for Plaintiff
Additional Counsel Listed on Signature Page

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
6/24/2011

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NABORS, Individually and on behalf of all others similarly situated,<br><br>           *Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation;<br><br>           *Defendants* | 5:10-cv-03897-EJD (Hon. Edward J. Davila)<br><br>**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**<br><br>Current Hearing Date:  July 1, 2011<br>Proposed Hearing Date: July 22, 2011 |

Pursuant to Civil Local Rule 7-7(b), Plaintiff files this unopposed request for a continuance of the hearing date on Defendant Google Inc.'s ("Google") Motion to Dismiss Plaintiff's First Amended Complaint ('Motion").

WHEREAS, the hearing on the Motion is currently set for July 1, 2011;

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING
DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-EJD

1

WHEREAS, an opposition and reply to the Motion have been filed;

WHEREAS, the parties affected by the Motion have previously stipulated once to continue the hearing date (*see* Docket No. 35);

WHEREAS, Plaintiff requests a continuance of the hearing date because, unless the hearing is rescheduled, Plaintiff's counsel must travel by airplane to San Jose from Boston and Los Angeles during the busy Independence Day weekend to attend the hearing scheduled for the Friday, July 1, 2011 hearing;

WHEREAS, Plaintiff's counsel is unavailable July 8, 2011;

WHEREAS, counsel for HTC Corporation, Google's co-defendant in the related *McKinney v. Google Inc.*, case no. 10-cv-1177, where a motion to dismiss is also fully briefed and schedule to be heard on July 1, 2011) is unavailable July 15, 2011;

WHEREAS, to accommodate Plaintiff's request but still allowing the motions in *Nabors* and *McKinney* to be heard on the same date, Google does not oppose continuing the July 1, 2011 hearing date to July 22, 2011, or any date thereafter that is convenience for the Court;

WHEREAS, this extension will alter a time frame set by the local rules of this Court and therefore requires a Court order for such an extension;

Plaintiff, through her counsel of record, and subject to this Court's approval, requests that the July 1, 2011 hearing on Defendant's Motion to Dismiss be continued to July 22 at 9:00 am, or any date thereafter that is convenient to the Court.

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-EJD

2

| | |
|---|---|
| DATED: June 23, 2011 | MILSTEIN ADELMAN, LLP |

By: _____*/s/ Sara Avila*_____
             SARA AVILA

Attorneys for Plaintiff
NATHAN NABORS

DATED: June 23, 2011                    WHATLEY DRAKE & KALLAS, LLC

By: _____*/s/ Patrick Sheehan*_____
             PATRICK SHEEHAN

Attorneys for Plaintiff
NATHAN NABORS

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING
DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-EJD

3

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NABORS, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation;<br><br>*Defendants* | 5:10-cv-03897-EJD (Hon. Edward J. Davila)<br><br>[~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]<br><br>Current Hearing Date:   July 1, 2011<br>Proposed Hearing Date:   July 22, 2011 |

[~~PROPOSED~~] ORDER

PURSUANT TO PLAINTIFF'S UNOPPOSED REQUEST, the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is continued to __August 19, 2011 at 9:00 AM__.

**IT IS SO ORDERED**.

Date: June 24, 2011

_____
HON. EDWARD J. DAVILA, U.S. DISTRICT COURT

PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING
DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]
5:10-CV-03897-EJD

4

**CERTIFICATION**

I, Sara D. Avila, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.

DATED: June 23, 2011                         Attorney for Plaintiff Nathan Nabors and the Proposed Class

By: /s/ Sara D. Avila
   MILSTEIN ADELMAN, LLP
      Gillian L. Wade
      Sara D. Avila

   WHATLEY DRAKE & KALLAS, LLC
      Joe R. Whatley, Jr.
      Edith M. Kallas
      Patrick J. Sheehan

   LAW OFFICE OF HOWARD RUBINSTEIN
      Howard Rubinstein
      howardr@pdq.net
      914 Waters Avenue, Suite 20
      Aspen, Colorado 81611
      Tel: (832) 715-2788

   SMITH & VANTURE, LLP
      Brian W. Smith
      bws@smithvanture.com
      1615 Forum Place, Suite 4C
      West Palm Beach, Florida 33401
      Tel: (800) 443-4529
      Fax: (561) 688-0630

**PLAINTIFF'S UNOPPOSED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS [N.D. CAL. L.R. 7-7(b)]**
5:10-CV-03897-EJD