United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHAN NABORS, | CASE NO. 5:10-cv-03897 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| v. | |
| GOOGLE, INC., | |
| Defendant(s). / | |

Since this action was ordered consolidated with another similar case (see Docket Item Nos. 50, 51), and considering the consolidated action was subsequently dismissed (see Docket Item No. 131 in Case No. 5:10-cv-01177 EJD), the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge